UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
WILLIAM MORANT,

                          Plaintiff,

    -against-

THE CITY OF NEW YORK, ET AL.

                         Defendants.
----------------------------------------------------------------x

**STIPULATION AND ORDER OF SETTLEMENT AND DISMISSAL**

04 CV 385 (ARR) (RLM)

      **WHEREAS,** plaintiff WILLIAM MORANT commenced this action by filing a complaint alleging that his civil and state common law rights were violated; and

      **WHEREAS,** defendants have denied any and all liability arising out of plaintiff's allegations; and

      **WHEREAS,** the parties now desire to resolve the issues raised in this action, without further proceedings and without admitting any fault or liability;

      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, as follows:

(1)     The above-referenced action is hereby dismissed, with prejudice, and without costs, expenses, or fees in excess of the amount specified in paragraph "2" below.

(2)     The City of New York hereby agrees to pay plaintiff WILLIAM MORANT Fifty Four Thousand ($54,000.00) Dollars, in full satisfaction of all claims in this action, including claims for costs, expenses and attorney fees. In consideration for the payment of this sum, plaintiff agrees to the dismissal of all the claims against individually named defendants and to release all defendants and any present or former employees or agents of

the City of New York and the New York City Police Department; and the City of New York from any and all liability, claims, or rights of action arising from and contained in this action, including claims for costs, expenses and attorney fees.

(3) Plaintiff shall execute and deliver to defendants' attorney all documents necessary to effect this settlement, including, without limitation, a General Release based on the terms of paragraph "2" above and an Affidavit of No Liens.

(4) Nothing contained herein shall be deemed to be an admission by any of the defendants that they have in any manner or way violated plaintiff's rights, or the rights of any person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision of the City of New York.

(5) This stipulation and settlement shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

(6) Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York or the New York City Police Department.

(7) This Stipulation and Order contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or

to vary the terms and conditions contained herein.

Dated:  New York, New York
        May 17, 2005

Anthony Ofodile, Esq.
Attorney for Plaintiff
498 Atlantic Avenue
Brooklyn, New York

By: _____
    ANTHONY OFODILE, Esq.
    Attorney for Plaintiff

MICHAEL A. CARDOZO
Corporation Counsel of the
City of New York
Attorney for Defendants
100 Church Street, Room 3-180
(212)-788-0175

By: _____
    VIKRANT PAWAR (VP 9101)
    Assistant Corporation Counsel
    Special Federal Litigation Division

SO ORDERED:

_____ 6/15/05
The Honorable Allyne R. Ross
UNITED STATES DISTRICT JUDGE

3